AURORA LOAN SERVICES, Respondent, v PHILIP GRANT, Appellant, et al., Defendants.

Submitted May 24, 2010; decided July 1, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.